IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL POOLE,

      Plaintiff,                   No. CIV S-07-1496 LEW JFM P

   vs.

Warden D.K. SISTO, et al.,

      Defendants.           FINDINGS & RECOMMENDATIONS

_____/

       By order filed July 25, 2007, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. By order filed September 13, 2007, plaintiff was given an additional thirty days in which to file an amended complaint. That thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's September 13, 2007 order.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: October 31, 2007.

          /s/ John F. Moulds
          UNITED STATES MAGISTRATE JUDGE

12
pool1496.fta